**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 1 MAP 2015
           :
    Appellant    : Appeal from from the Order of the Centre
           : County Court of Common Pleas, Criminal
           : Division at No. CP-14-CR-0001914-2013
    v.      : dated December 9, 2014, exited
           : December 10, 2014
           :
TREBOR A. ADAMS,    :
           :
    Appellee    :

**ORDER**

**PER CURIAM**

  **AND NOW,** this 31st day of August, 2015, the Order of the Court of Common Pleas is hereby **AFFIRMED**.  See Commonwealth v. Hopkins, 117 A.3d 247 (Pa. 2015).